UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) CASE NUMBER: 1:18-cr-00160-SEB-DML-4 |
| | ) |
| v. | ) |
| | ) |
| ROBERT FINCH | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE JUNE 30, 2020 GUILTY PLEA AND SENTENCING HEARING

Comes now the Defendant, by counsel, Joshua Moudy, and files his Motion to Continue the June 30, 2020 Guilty Plea and Sentencing hearing. In support of this motion, the Defendant would state:

1. A hearing in this matter is currently set for June 30, 2020 at 2:00 p.m.

2. After considering this Court's offer to continue the hearing or to change locations, Defendant has opted to continue, as none of the available locations would allow his wife to attend the hearing.

3. Counsel for the Defendant has conferred with counsel for the Government who does not object to this motion.

4. The Government has advised they will be unavailable August 23, 2020 through September 19, 2020.

5. This motion is made for purposes of judicial economy and not undue delay.

Wherefore, Defendant, by Counsel, respectfully requests that the June 30, 2020 hearing be continued.

Respectfully submitted,

*/s/ Joshua Moudy*
Joshua Moudy, #26513-49
Kammen & Moudy
135 N. Pennsylvania Street, Suite 1175
Indianapolis, Indiana 46204
Telephone: (317) 236-0400
Facsimile: (317) 638-7976

**Certificate of Service**

I hereby certify that on June 11, 2020, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Matthew Rinka
United States Attorney's Office
Matthew.rinka@usdoj.gov

*/s/ Joshua Moudy*
Joshua Moudy
Attorney for Defendant Robert Finch