UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00160-SEB-DML |
| | ) | |
| ROBERT FINCH, | ) -04 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge
Entry for December 4, 2020**

On this date, Defendant appeared in person, together with retained counsel, Joshua S. Moudy, and the Government appeared by AUSA Matthew J. Rinka along with investigative agents Scott Brown and J.J. De St Jean, USPIS for a sentencing hearing. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

    Incarceration:   48 months
    Supervised Release: 2 years
    Restitution:  $3,032,868.13
    Special Assessment: $2,300.00.

- The Defendant was advised of his right to appeal.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Grace B. Atwater
KAMMEN & MOUDY
grace@kammenlaw.com

Joshua S. Moudy
KAMMEN & MOUDY
josh@kammenlaw.com

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
matthew.rinka@usdoj.gov